■ HELEN W. SLATER et al., Respondents, v EDWARD D. BERGER et al., Defendants, and BERTHA WAFER, Appellant.—In an action *inter alia* for an accounting, the appeal is from an order of the Supreme Court, Kings County, dated July 17, 1975, which conditionally denied a motion to vacate the note of issue and to strike the action from the Trial Calendar. Order affirmed, without costs. Although the note of issue and statement of readiness were filed prematurely, it appears that the case is now ready for trial and should proceed forthwith. The issue as to defendant's right to a jury trial was not raised at Special Term; it has been raised in the first instance on appeal. Notwithstanding such fact, we find that the relief sought lies in equity and that a trial by jury is thus not warranted (CPLR 4101). Hopkins, Acting P. J., Martuscello, Cohalan, Brennan and Munder, JJ., concur.

■ ERMANNO E. TRABUCCO, Petitioner, v NEW YORK STATE HUMAN RIGHTS APPEAL BOARD et al., Respondents.—Proceeding pursuant to section 298 of the Executive Law to review an order of the State Human Rights Appeal Board dated March 20, 1975, which reversed an order of the State Division of Human Rights, dated April 22, 1974, *inter alia,* finding that certain of the respondents, including Flushing Hospital and Medical Center and Drs. Creedon, Khoury and Povolny, committed an unlawful discriminatory act relating to employment because of national origin. Determination confirmed and petition dismissed on the merits, with one bill of costs jointly to respondents appearing separately and filing separate briefs, against petitioner, to be taxed by the County Clerk of Queens County under CPLR 8203, 8301. We agree with the State Human Rights Appeal Board that the record in this proceeding, taken as a whole, does not substantially support the findings, decision and order of the State Division of Human Rights. Rabin, Acting P. J., Latham, Cohalan, Brennan and Munder, JJ., concur.